MILLER, APPELLANT, *v.* OHIO DEPARTMENT OF REHABILITATION
& CORRECTION ET AL., APPELLEES.

[Cite as *Miller v. Ohio Dept. of Rehab. & Corr.,*
123 Ohio St.3d 87, 2009-Ohio-4081.]

(No. 2009–0555—Submitted August 11, 2009—Decided August 19, 2009.)

———————

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Timothy A. Miller, for a writ of habeas corpus. Miller previously filed a petition for a writ of habeas corpus that raised the same issues as in this petition. *Miller v. Eberlin,* 116 Ohio St.3d 1434, 2007-Ohio-6518, 877 N.E.2d 987. Res judicata barred Miller from filing a successive habeas corpus petition. *Amstutz v. Eberlin,* 119 Ohio St.3d 421, 2008-Ohio-4538, 894 N.E.2d 1219, ¶ 7.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

Timothy A. Miller, pro se.

Richard Cordray, Attorney General, and Jerri L. Fosnaught, Assistant Attorney General, for appellees.